IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MONTE ALBERT, §
§
Plaintiff, §
§
v. § 1:26-CV-908-RP
§
CHARLES SCHWAB & CO, INC., and §
DOES 1-10, §
§
Defendants. §

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin Howell concerning Plaintiff Monte Albert's ("Albert") Complaint, issued pursuant to 28 U.S.C. § 1915(e), 28 U.S.C. § 636(b), and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. (R. & R., Dkt. 6). In his Report and Recommendation, Judge Howell recommends that the Court dismiss this action pursuant to 28 U.S.C. § 1915(e)(2)(B). (*Id.* at 6). Albert timely filed objections to the Report and Recommendation. (Objs., Dkt. 7).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b). Because Albert timely objected to the Report and Recommendation, the Court reviews the Report and Recommendation *de novo*. Having conducted a *de novo* review, the Court agrees with the Magistrate Judge's legal analysis and adopts the Report and Recommendation as its own order.

In his objections, Albert requests leave to amend his complaint. (Objs., Dkt. 7, at 2). A *pro se* litigant should "[g]enerally . . . be offered an opportunity to amend his complaint before it is

1

dismissed." *Brewster v. Dretke*, 587 F.3d 764, 767–68 (5th Cir. 2009). Accordingly, the Court will provide Albert with the opportunity to amend his complaint.

Accordingly, the Court **ORDERS** that the Report and Recommendation of United States Magistrate Judge Dustin Howell, (Dkt. 6), is **ADOPTED**. Albert's Complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**.

The Court **FURTHER ORDERS** that Albert shall file a motion for leave to file an amended complaint, if at all, on or before **May 20, 2026**. Albert's motion for leave must include the proposed amended complaint as an attachment. Failure to do so will result in the entry of final judgment and this case being closed.

**SIGNED** on May 6, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

2